373 A.2d 456

COMMONWEALTH of Pennsylvania

v.

Frank LAWSON, Appellant.

Supreme Court of Pennsylvania.

Submitted April 14, 1977.

Decided June 3, 1977.

Hart, Childs, Hepburn, Ross & Putnam, Richard D. Malmed, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Gaele McLaughlin Barthold, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment affirmed.